In re SUK KAN OH (Real Party
in Interest Zinus Inc.).

No. 2013–1321.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2013.

Darien K. Wallace, Imperium Patent Works LLP, of Pleasanton, CA, argued for appellant. With him on the brief was T. Lester Wallace.

Jamie L. Simpson, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Nathan K. Kelley, Acting Solicitor, and William Lamarca, Associate Solicitor.

RADER, Chief Judge, PROST, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

LOURIE, DYK, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.